

FILED

01/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0362

FILED

JAN 0 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

C.H., S.H., W.H. and P.P.,

**ORDER**

Youths in Need of Care.

---

Counsel for the appellant mother of C.H., S.H., W.H., and P.P. filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). The mother responded to counsel's brief and objected to counsel's motion.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We have considered the arguments raised by counsel and by the mother in her response. We conclude there are no arguments with potential legal merit that could be raised in the mother's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant mother personally.

DATED this 4th day of January, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices